# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2207.  RAKEEN RAYNEIL HICKS v. THE STATE.**

In 2012, Rakeen Rayneil Hicks was convicted of armed robbery and other crimes.  We affirmed his convictions on appeal.  *Hicks v. State*, 326 Ga. App. 46 (755 SE2d 855) (2014).  Hicks then filed another notice of appeal, again seeking review of his judgment of conviction.[1]

Because Hicks has already had a direct appeal, he is not entitled to another appeal from his judgment. See *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (defendant "not entitled to another bite at the apple by way of a second appeal."). This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/04/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Hicks directed his appeal to the Supreme Court, which transferred the matter here.